■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IAN DAVIS, Appellant. [614 NYS2d 214] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Koch, J.), rendered March 25, 1992, convicting him of assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues that evidence of an out-of-court statement made by the complaining witness was improperly admitted and that a new trial is therefore warranted. This argument is not preserved for appellate review *(see,* CPL 470.05 [2]). In any event, we agree with the People that the evidence of this out-of-court statement was properly admitted as an "excited utterance" *(see, e.g., People v Hood,* 194 AD2d 556; *People v Colon,* 187 AD2d 445; *People v Evans,* 183 AD2d 780; *People v Johnson,* 139 AD2d 594). Bracken, J. P., Copertino, Altman and Friedmann, JJ., concur.